AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Wiese, John P. | 2. Court or Organization<br><br>U.S. Court of Federal Claims | 3. Date of Report<br><br>04/27/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>U.S. Court of Federal Claims<br>717 Madison Place, NW<br>Washington, DC 20439 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiese, John P. | 04/27/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiese, John P. | 04/27/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiese, John P. | 04/27/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK ACCOUNTS: | | | | | | | | | |
| 2. Wells Fargo Bank, Portland, OR | | | | | | | | | |
| 3. --Money Market Accounts | A | Interest | N | T | | | | | |
| 4. Cardinal Bank, Arlington, VA | | | | | | | | | |
| 5. --Certificates of Deposit | A | Interest | L | T | | | | | |
| 6. | | | | | | | | | |
| 7. UNITED STATES TREASURY: | | | | | | | | | |
| 8. --Series I Bonds | A | Interest | K | T | | | | | |
| 9. | | | | | | | | | |
| 10. COMMON STOCK: | | | | | | | | | |
| 11. WGL Holdings, Inc. | A | Dividend | J | T | | | | | |
| 12. NiSource, Inc. Holding Co. | A | Dividend | J | T | | | | | |
| 13. Duke Realty Corp. | A | Dividend | J | T | | | | | |
| 14. Gladstone Commercial Corp. | A | Dividend | J | T | | | | | |
| 15. Pfizer Inc. | A | Dividend | J | T | | | | | |
| 16. RLI Corp. | A | Dividend | J | T | | | | | |
| 17. Canadian National Ry Co. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiese, John P. | 04/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wells Fargo & Co. | A | Dividend | J | T | Buy (add'l) | 07/17/14 | J | | |
| 19. Citigroup Inc. | A | Dividend | J | T | | | | | |
| 20. Norfolk Southern Corp. | A | Dividend | J | T | | | | | |
| 21. Gladstone Investment Corp. | A | Dividend | J | T | | | | | |
| 22. Berkshire Hathaway Holdings | | None | L | T | | | | | |
| 23. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 24. Baker Hughes, Inc. | A | Dividend | J | T | | | | | |
| 25. Blackrock Dividend Achievers | A | Dividend | J | T | | | | | |
| 26. Hospitality Properties Trust | A | Dividend | J | T | | | | | |
| 27. Dominion Resources, Inc. | A | Dividend | K | T | | | | | |
| 28. Bank of America | A | Dividend | J | T | | | | | |
| 29. Abbott Laboratories | A | Dividend | J | T | | | | | |
| 30. CSX Corporation | A | Dividend | J | T | | | | | |
| 31. Apache Corporation | A | Dividend | | | Sold | 12/29/14 | J | | |
| 32. General Electric Co. | A | Dividend | J | T | Buy | 01/31/14 | J | | |
| 33. Baxter International, Inc. | A | Dividend | J | T | Buy | 06/16/14 | J | | |
| 34. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiese, John P. | 04/27/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PREFERRED STOCK: | | | | | | | | | |
| 36. Bank of America, Pfd-G | A | Dividend | J | T | | | | | |
| 37. Aegon NV, Pfd-D | A | Dividend | J | T | | | | | |
| 38. RBS Holdings, Pfd-Series V | A | Dividend | J | T | | | | | |
| 39. Goldman Sachs, Pfd-Series A | A | Dividend | J | T | | | | | |
| 40. Bank of America Pfd-L | A | Dividend | J | T | | | | | |
| 41. Washington Gas Light, 4.25 Series | A | Dividend | J | T | | | | | |
| 42. Virginia Electric Power, 7.05 Series Pfd | B | Dividend | | | Redeemed | 10/30/14 | K | | |
| 43. Virginia Electric Power, 6.98 Series Pfd | B | Dividend | | | Redeemed | 10/30/14 | K | | |
| 44. Wells Fargo & Co., Series N | | None | J | T | Buy | 11/25/14 | J | | |
| 45. Capital One Financial C Series Pfd | | None | J | T | Buy | 11/12/14 | J | | |
| 46. | | | | | | | | | |
| 47. MUTUAL FUNDS: | | | | | | | | | |
| 48. Vanguard Funds - | | | | | | | | | |
| 49. --Money Market Funds (Prime) | A | Dividend | N | T | | | | | |
| 50. --Wellington Fund | D | Dividend | M | T | | | | | |
| 51. --Index Fund - FTSE All-World ex US | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiese, John P. | 04/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Global Equity Fund | A | Dividend | K | T | | | | | |
| 53. --Inflation - Protected Securities Fund | B | Dividend | L | T | | | | | |
| 54. --GNMA Fund | B | Dividend | L | T | | | | | |
| 55. --Short-Term Investment-Grade | B | Dividend | L | T | | | | | |
| 56. Columbia Acorn Fund Z | E | Dividend | M | T | | | | | |
| 57. Columbia Acorn USA Z | D | Dividend | L | T | | | | | |
| 58. Columbia Acorn Int'l Z | D | Dividend | L | T | | | | | |
| 59. Dodge & Cox Stock Fund | C | Dividend | M | T | | | | | |
| 60. Dodge & Cox Balanced Fund | B | Dividend | L | T | | | | | |
| 61. Harbor Int'l Fund | C | Dividend | L | T | | | | | |
| 62. Third Avenue Value Fund | | | | | Sold | 03/20/14 | K | B | |
| 63. Longleaf Partners Fund | D | Dividend | L | T | | | | | |
| 64. Third Avenue Focused Credit Fund | A | Dividend | J | T | | | | | |
| 65. Vanguard - Small Cap Index | A | Dividend | K | T | | | | | |
| 66. | | | | | | | | | |
| 67. IRA No. 1: | | | | | | | | | |
| 68. Vanguard Mutual Funds- | D | Dividend | N | T | Distributed (part) | 12/01/14 | K | | See note in Part VIII. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiese, John P. | 04/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Capital Opportunity Fund | | | | | | | | | |
| 70. --Windsor II Fund | | | | | | | | | |
| 71. --Extended Market Index | | | | | | | | | |
| 72. --Money Market Fund (Prime) | | | | | | | | | |
| 73. --Intermediate-Term Investment-Grade | | | | | | | | | |
| 74. --Total Bond Market Index | | | | | | | | | |
| 75. Vanguard Brokerage- | | | | | | | | | |
| 76. Common Stock: | | | | | | | | | |
| 77. --Compass Diversified Holdings | | | | | | | | | |
| 78. --Cedar Realty Trust (formerly Cedar Shopping Centers, Inc.) | | | | | | | | | |
| 79. Preferred Stock: | | | | | | | | | |
| 80. --Urstadt Biddle, Pfd-D | | | | | Redeemed | 11/21/14 | J | | |
| 81. --Duke Realty, Pfd-K | | | | | Redeemed | 12/24/14 | J | | |
| 82. | | | | | | | | | |
| 83. IRA No. 2: | | | | | | | | | |
| 84. Vanguard Mutual Funds- | D | Dividend | M | T | Distributed (part) | 12/31/14 | J | | See note in Part VIII. |
| 85. --Capital Opportunity Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiese, John P. | 04/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  --Windsor II Fund | | | | | Sold | 12/31/14 | J | C | |
| 87.  --Extended Market Index | | | | | | | | | |
| 88.  --Money Market Fund (Prime) | | | | | | | | | |
| 89. | | | | | | | | | |
| 90.  COLLEGE SAVINGS PLANS | | | | | | | | | |
| 91.  Virginia 529 Plan - Rappahannock | None | J | T | | Buy | 07/08/14 | J | | |
| 92.  Virginia 529 Plan - Alleghany | None | J | T | | | | | | See note in Part VIII. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 68 and 84:

The partial distribution reported on lines 68 and 84 under Section D ("Transactions during reporting period") refers to the mandatory minimum annual draw-down from an IRA that is required upon the account owner's attaining the age of 70 and 1/2 years.

Line 92:

The Virginia 529 Plan titled Alleghany reported on line 92 was opened on September 30, 2007, but, through oversight, has been mistakenly omitted from listing in the annual disclosure reports filed since that time.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John P. Wiese**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544